1058

[No. 2477–2. Division Two. December 28, 1977.]

LARRY ALLEN KRAUSE, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 48687, Thomas A. Swayze, Jr., J., entered June 23, 1976. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 1774–3. Division Three. December 29, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH GRAHAM JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 23350, William H. Williams, J., entered November 5, 1976. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 2503–2. Division Two. December 30, 1977.]

THE COUNTY OF PIERCE, *on the Relation of Bill Horn, Respondent*, v. LORING JENSEN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 236650, William L. Brown, Jr., J., entered June 25, 1976. *Affirmed* by unpublished per curiam opinion.